1036

THE STATE OF WASHINGTON, *Respondent*, v. RUSHELLE R. STOKEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00228-5, David L. Edwards, J., entered November 1, 2010. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Armstrong and Penoyar, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. NEIL GRENNING, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-01106-5, James R. Orlando, J., entered October 26, 2010. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Penoyar, J.

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JAMES LINDBLOM, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-00070-4, Roger A. Bennett, J., entered November 23, 2010. *Reversed* and *remanded* by unpublished opinion per Johanson, A.C.J., concurred in by Armstrong and Penoyar, JJ.